# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAY BRIER

        Plaintiff,

        v.

UGI UTILITIES, INC., ET AL.

        Defendants.

Civil Action No. 3:26-cv-01056-KM

JUDGE: KAROLINE MEHALCHICK

## DEFENDANTS' UNOPPOSSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants UGI Utilities, Inc. ("Defendant UGI"), Robert Judge Jr. ("Defendant Judge Jr."), and Robert Judge Sr. ("Defendant Judge Sr.") (collectively "Defendants") with the consent of Plaintiff Kay Brier ("Plaintiff"), respectfully moves the Court for an extension of time to file their responsive pleading to the Complaint.  In support of this Unopposed Motion, Defendants state as follows:

1.    Plaintiffs filed the instant Complaint against Defendants on April 23, 2026.

2.    The Complaint was served on Defendant Judge Sr. and Defendant Judge Jr. on April 28, 2026.  The initial deadline for Defendant Judge Sr. and Defendant Judge Jr. to file a responsive pleading to the Complaint is May 19, 2026. The Complaint was served on Defendant

UGI on May 7, 2026. The initial deadline for Defendant UGI to file a responsive pleading to the Complaint is May 28, 2026.

3. On May 18, 2026, counsel for Plaintiff agreed to extend the deadline for Defendants to file an Answer to the Complaint to, June 19, 2026, to allow Defendants to continue a factual investigation into the allegations made in Plaintiff's Complaint.

4. This is Defendants' first request for an extension of its deadline to file a responsive pleading to the Complaint. Defendants make this request in good faith, without any intent to delay this action, and no party shall be prejudiced by the granting of this Motion.

**WHEREFORE**, Defendants respectfully request the Court grant Defendants' extension of time to file a responsive pleading to the Complaint from May 19, 2026, and May 28, 2026, to June 19, 2026.

Dated:  May 18, 2026

/s/ Nina K. Markey

Nina K. Markey, Bar No. 201801
nmarkey@littler.com
Caitlin O'Hare, Bar No. 338052
cohare@littler.com
LITTLER MENDELSON, P.C.
Three Parkway, 1601 Cherry Street
Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone:  267.402.3000
Facsimile:    267.402.3131

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAY BRIER | |
| Plaintiff, | Civil Action No. 3:26-cv-01056-KM |
| v. | JUDGE: KAROLINE MEHALCHICK |
| UGI UTILITIES, INC., ET AL. | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING DEFEDNANTS' UNOPPOSSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to File a Response to the Complaint, for good cause shown, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further **ORDERED** that:

1.     Defendants shall file their response to the Complaint by no later than June 19, 2026.

DATED this _____ day of _____, 2026.

_____

Karoline Mehalchick, U.S. District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KAY BRIER

          Plaintiff,

    v.

UGI UTILITIES, INC., ET AL.

          Defendants.

Civil Action No. 3:26-cv-01056-KM

JUDGE: KAROLINE MEHALCHICK

**CERTIFICATE OF CONCURRENCE**
**PER LOCAL RULE 7.1.**

Pursuant to Local Rule 7.1, counsel for Defendants sought concurrence from Plaintiff ahead of filing this Motion for an Extension of Time to Respond to the Complaint. Plaintiff concurs in Defendants filing their responsive pleading to Plaintiff's Complaint on or before June 19, 2026.

                                 */s/ Nina K. Markey*
                                 Nina K. Markey

## <u>CERTIFICATE OF SERVICE</u>

I, Nina K. Markey, hereby certify that on this 18th day of May 2026, I filed the foregoing Motion for Extension of Time to Respond using the Middle District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Nina K. Markey*
Nina K. Markey